IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>DAVID R. BUIE,<br>[DOB: 10/13/1954],<br><br>                Defendant. | Case No.<br><br>COUNT ONE<br>Possession of Child Obscenity<br>18 U.S.C. § 1466A(b)(1) and (d)<br>NLT: 10 Years Imprisonment<br>NMT: 20 Years Imprisonment<br>NMT: $250,000 Fine<br>Supervised Release: 5 Years to Life<br>Class C Felony<br><br>$100 Mandatory Special Assessment |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**

On or about July 11, 2017, and continuing through July 13, 2017, the date being approximate, in the Western District of Missouri, DAVID R. BUIE, defendant herein, knowingly possessed visual depictions, which depict minors engaging in sexually explicit conduct and which are obscene; and the visual depictions had been transported in interstate or foreign commerce by any means, including by computer, and was produced using materials that had been transported in interstate or foreign commerce by any means, including by computer, and a means and

instrumentality of interstate or foreign commerce was used in committing the offense, all in violation of Title 18, United States Code, Sections 1466A(b)(1) and (d).

TRUE BILL.


/s/ Carla F. Eye
FOREPERSON OF THE GRAND JURY

/s/ Teresa A. Moore
Teresa A. Moore
Assistant United States Attorney

Date:    10/25/17
Kansas City, Missouri