IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-00326-01-CR-W-SRB |
| | ) |
| DAVID R. BUIE, | ) |
| | ) |
| Defendant. | ) |

NOTE RECEIVED FROM JURY

We request all images and depictions.

Aimee Chapa

5/8/18
10:29

PLEASE SEE

3A, 4, 5, 6, 7,
10, 11, 12, AND 13

S.RB